IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IN THE MATTER OF:

HANSEN-MUELLER CO.,

Debtor.

8:26-CV-608
BANKRUPTCY NO. BK25-81226

ORDER

The Court has become aware that the appeal in this case was not docketed correctly. That error has been remedied. The Court, on its own motion pursuant to Fed. R. Bankr. P. 8018(a) and 9006(b), enters the following extended briefing schedule:

IT IS ORDERED:

1. The appellants shall file and serve their brief on or before December 16, 2026.

2. Any appellee wishing to file and serve a response brief may do so within 30 days after service of the appellants' brief.

3. The appellants may file and serve a reply brief within 14 days after service of any appellee's brief.

Dated this 16th day of November, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge